**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**ANNETTE GERROW,**

      **Petitioner,**

**vs.**                                   **4:06-CV-315-SPM**

**WARDEN M. L. RIVERA,**

      **Respondent.**

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE**

      **THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 5) dated August 31, 2006.  The parties have been furnished a copy and have been afforded an opportunity to file objections.  No objections have been filed to date.

      Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

      Accordingly, it is

      **ORDERED AND ADJUDGED** as follows:

      1.      The magistrate judge's report and recommendation (doc. 31) is adopted and incorporated by reference in this order.

2.      This case is *dismissed.*

**DONE AND ORDERED** this <u>second</u> day of March, 2007.

_s/ Stephan P. Mickle_

Stephan P. Mickle
United States District Judge